

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20-cr-75 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| MICHAEL J. RHEA, | : | **INDICTMENT**<br>26 U.S.C. § 5861(d) |
| Defendant. | : | 18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>**FORFEITURE** |

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
**[26 U.S.C. § 5861(d)]**

On or about March 13, 2020, in the Southern District of Ohio, defendant **MICHAEL J. RHEA**, knowingly possessed a firearm -- namely, a pipe bomb, which is a firearm and destructive device as defined in Title 26, United States Code, Sections 5845(a)(8) and (f) -- not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

**COUNT 2**
**[18 U.S.C. §§ 922(g)(3) and 924(a)(2)]**

On or about March 13, 2020, in the Southern District of Ohio, defendant **MICHAEL J. RHEA**, knowing that he was an unlawful user of and addicted to a controlled substance (as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802)), knowingly possessed a firearm -- namely, a pipe bomb, which is a firearm and destructive device as defined in Title 18, United States Code, Sections 921(a)(3)(D) and (a)(4) -- and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses set forth in Counts 1 through 2 of this Indictment, defendant **MICHAEL J. RHEA** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including, but not limited to, a pipe bomb.

A TRUE BILL

//S//
———————————————
FOREPERSON

DAVID M. DEVILLERS
United States Attorney

для ———————————————
DWIGHT K. KELLER
Assistant United States Attorney