IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

Case No. 3:20-CR-75

vs.

MICHAEL RHEA

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE MONTGOMERY COUNTY JAIL, DAYTON, OHIO
TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO;
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

We command you, that you have the person of **MICHAEL RHEA**, a defendant in this cause, detained in the MONTGOMERY COUNTY JAIL, DAYTON, OHIO under safe and secure conduct, before Judge Michael J. Newman, for the Southern District of Ohio, in Dayton on the **1st day of February, 2021** at 2:00 p.m. for a Change of Plea Hearing at the United States District Court, 200 West Second Street, via GotoMeeting, in Dayton, Ohio.

We further command you, that said prisoner is to remain within said District pending hearing and then that you return him to the said MONTGOMERY COUNTY JAIL, Dayton, Ohio under safe and secure conduct, and have you then and there this Writ.

Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

January 26, 2021

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge

MARSHALS RETURN
I certify and return this Writ/ASR by returning the within named Michael Rhea by delivering him/her to Montgomery County Jail. on the 1 day of Feb. 20 21
_____ USM, S/OH
By: _____ DUSM, S/OH