**From:** Jim Arnett <jim@orbitsdo.com>
**Sent:** Monday, May 10, 2021 5:40 PM
**To:** Cheryll Bennett <Cheryll_Bennett@fd.org>
**Cc:** Jim Arnett <jim@orbitsdo.com>
**Subject:** Michael Joshua Rhea

Ms. Cheryll Bennet Esq, I am writing to you today to express my appreciation for all the help you have been providing to Josh Rhea . Josh is a great young man who I have known since he was old enough to walk . He has worked with our company for approx. 3 years , then he was off working with other people and now he has been back with us since April 1st. 2021. Josh is a different young man then he was when he left our company approx. 2 years ago, and the new improved Josh Rhea is now much more interested in showing up on time and working diligently at whatever task he is assigned to do. Josh has always been a talented individual when it comes to his trade skills –as a mechanic , as a carpenter , as a plumber and even an electrician . We enjoy and very much appreciate having Josh working with us and we do have lots of work for him to do ( more than 40 hours per week), if he is permitted to work more than 40 hours per week . Josh's current work day is Monday through Friday -7:00 am till 3-30 PM.  The new improved Josh has been early every morning to work and is eager to start work as directed. I am pray full that the courts will give mercy with considering the price that Josh such pay as I do truly believe that Josh is worthy of such mercy consideration. If there is anything that I can do to help Josh's current consideration to the courts please let me know. Respectfully, James R. Arnett Jr.

*James R. Arnett, Jr.*
*Orbit Industrial Group*



*1101 Negley Place, Dayton, OH  45402*
*JArnettJr@orbitsdo.com*
*Office 937-277-8080 - Fax 937-277-2682 - Cell 937-603-3965*