| | | |
|---|---|---|
| SENTENCING: | DATE: | **5/11/2021** |

CASE CAPTION:   **USA v. Michael Joshua Rhea**

CASE NUMBER: **3:20-cr-075**

Pltfs. Attorney**:**       **Dwight Keller**                    Defts. Attorney: **Cheryll Bennett**

**X**    Defendant appeared via GTM.   Counsel, Cheryll Bennett and AUSA Dwight Keller also present via GTM.   LeRae Anthony from Pretrial Services and Charlie Steed from Probation also present via GTM.

_____    Interpreter_____ appeared by telephone

**X**    Defendant continued on OR bond until instructions for voluntary surrender received.

_____    Fined $ **0**

_____    Restitution in the amount of $_____

**X**    $ **200**   Special Assessment/Victims Crime Fund ($100 on Count 1 and $100 on Count 2).

**X**    Special Assessment to be paid immediately.

**X**    Forfeiture of Property as set forth in Plea Agreement. (pipe bomb).

**X**    Sentenced to 30 months incarceration on Counts 1 and 2 to run concurrently.   Sentenced to **3** years of supervised release on Counts 1 and 2 to run concurrently, with standard conditions and **5** special conditions as read on the record.

_____    Conditions of probation:

**X**    Recommendations to the Bureau of Prisons**:** It is recommended the defendant participate in mental health counseling, participate in substance abuse counseling, participate in a program aimed at improving employment skills and vocational training, work toward obtaining his GED, and be placed in a facility as close to the Dayton, Ohio area as possible during any term of incarceration.

**X**    Other:   The Court heard argument from both sides.   Defendant made statement to the Court.

**X**    Voluntary surrender

**X**    Defendant will receive instructions for voluntary surrender within 30 days.

**X**    Rights of appeal explained but were previously waived in paragraph 9 of the plea agreement.

COURT REPORTER  **Julie Hohenstein**              CONVENED:  **2:00 p.m.**

DEPUTY CLERK:         **Diane Marcus**              RECESSED:   **2:45 p.m.**